# EXHIBIT 3

# THE BANK OF NEW YORK
NEW YORK'S FIRST BANK – FOUNDED 1784 BY ALEXANDER HAMILTON

32 OLD SLIP, NEW YORK, N.Y. 10286

June 3, 2002



Ms. Maria Weick
Pace Industry Union Management
3340 Perimeter Hill Drive
Nashville, TN 37219

Dear Maria:

We are providing a current Securities Lending Approved Borrowers list for your review. These borrowers have been approved for ERISA clients and will be modified accordingly to prevent the lending of assets to any of your Parties at Interest. We will be providing you with this updated list on a periodic basis. For your reference, a document containing your Parties at Interest is also attached.

Should the BNY Approved ERISA Borrowers List contain the name of an approved borrower to whom you would like us to refrain from lending your securities, please advise us at your earliest convenience. Unless otherwise notified, we will continue to negotiate new loans on your behalf using this new list.

Sincerely,

Katherine Dinella
Vice President

Attachments

**The Bank of New York**
**Approved Borrowers - ERISA**



A.G. Edwards & Sons, Inc

ABN AMRO Incorporated

ABN AMRO Bank N.V.,NY Branch

ABN Amro Securities LLC(Form ING)

Advest, Inc.

Alpine Partners,L.P.

Alpine Associates L.P.

Arnhold & S. Bleichroeder, Inc

BNP Paribas Securities Corp.

Banc of America Securities LLC

Bank One NA

Banc One Capital Markets

Banca IMI Securities Corp

Barclays Capital Inc.

Bear Stearns & Co., Inc.

Bear Stearns Securities Corp

BOM Nesbitt Burns Securities, Inc

Chase Manhattan Bank

Chase Securities, Inc(See JPMSI)

CIBC World Markets Corp.

Citadel Trading Corp.

Countrywide Securities Corp.

Credit Lyonnais Securites (USA) Inc.

CS First Boston Corp

Daiwa Sec's America, Inc.

Deutsche Bank Securities Inc.

Donaldson Lufkin & Jenrette

Dresdner Kleinwort Benson N Amer LLC

Fimat USA Inc.

First Sothwest Company

First Union National Bank

First Union Securities, Inc.

Fleet Securities, Inc.

Fortis Investment Services LLC

G. X. Clarke & Co.

Glickenhaus & Co.

Goldman Sachs & Co

Greenwich Capital Markets

HSBC Securities Inc.

ING Financial Markets, LLC

Jeffries & Co., Inc

Lehman Brothers Inc

Maple Partners U.S.A. Inc.

Merrill Lynch GSI

Merrill Lynch, Pierce. Fenner & Smith

Mizuho Securities USA Inc.

Morgan Guaranty Trust Co.

Morgan Stanley Sec Svcs (MS Securities)

Morgan Stanley & Co., Inc (MS & Co.)

J.P. Morgan Funding Corp

J.P. Morgan Securities Inc.

National Financial Services Corp

Neuberger Berman

Nomura Sec's., Int'l., Inc

UBS Paine Webber, Inc

Paloma Securities LLC

Prudential Sec's., Inc

Raymond James & Associates

RBC Dominion Sec's Corp

SG Cowen Securities Corp

Salomon Smith Barney Inc.

Southwest Securities

Spear, Leeds & Kellogg

State Street Bank & Trust

Swiss American Sec's

Tokyo - Mitsubishi Sec's

Toronto Dominon Sec's (USA) Inc

UBS Warburg  LLC

Van Der Moolen Spec USA LLC

Wedbush Morgan Sec's., Inc

Weiss, Peck & Greer

Westdeutsche Landesbank Girozentrale NY Branch

Wells Fargo Bank NA

*as of 05/23/02*

Parties at Interest and Affiliates
Pace Industry Union Management

| ACCOUNT NUMBER | INVESTMENT MANAGER / PARTY AT INTEREST | AFFILIATES |
|---|---|---|
| 781051 | Alliance Capital Management | AXA Financial, Equitable Life Assurance Society of US, Alliance Capital Management, Sanford |
| 781052 | Weaver Barksdale | None -or - Unavailable |
| 781055 | Security Asset Mgmt | None -or - Unavailable |
| 781057 | Highland Capital Mgmt | First Tennessee Bank National Corp |
| 781059 | Lazard Asset Mgmt | Lazard Freres |
| 781060 | Highland Capital Mgmt | First Tennessee Bank National Corp |
| 781062 | Alliance Capital Management | AXA Financial, Equitable Life Assurance Society of US, Alliance Capital Management, Sanford |
| 781063 | Wright Investors Services | None -or - Unavailable |